UNITED STATES of America,
Plaintiff–Appellee,

v.

Sonny Michael VASQUEZ,
Defendant–Appellant.

No. 14–11573
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2014.

R. Brian Tanner, James D. Durham, Cameron Heaps Ippolito, T. Shane Mayes, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Lynne Marie Fleming, Law Office Of Lynne M. Fleming, Savannah, GA, Sonny Michael Vasquez, Usp Coleman I–Inmate Mail, Coleman, FL, for Defendant–Appellant.

Before HULL, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Lynne M. Fleming, appointed counsel for Sonny Michael Vasquez in this direct criminal appeal, has moved to withdraw from further representation of Mr. Vasquez and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mr. Vasquez's convictions and sentences are **AFFIRMED.**